# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Emiel A. Kandi, et al

Case Number: C16-5648 RBL

Plaintiff

vs.

Management and Training, et al

Defendant(s)

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

**DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) __Emiel A. Kandi__ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: Verified Civil Complaint for 23 causes of action primarily based on bank fraud and civil RICO claims under 18 U.S.C.S. §1964(c)

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?    YES

[X] Yes   If "Yes" state the place of your incarceration  Lompoc Federal Correctional Institution

**You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

[ ] No    If "No" do not use this form.

2. Are you presently employed? [X] Yes   Employer  Lompoc - Orderly   Salary $6.00/month  [ ] No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or other self-employment           $ N/A
   b. Income from rent, interest or dividends                 $ N/A
   c. Pensions, annuities or life insurance payments          $ N/A
   d. Disability, unemployment, workers compensation or public assistance  $ N/A
   e. Gifts or inheritances                                   $ approx 500
   f. Money received from child support or alimony            $ N/A
   g. Describe any other source of income _____     $ N/A

4. List the amount for each of the following (include prison account funds):

Cash on hand $ @20.00    Checking Account $ N/A    Savings Account $ N/A

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   If Yes, describe the property and state its approximate value:

- [ ] Yes
- [X] No

N/A

$

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

- [X] Yes
- [ ] No

Two minor children but I have been unable to support them post incarceration.

$

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Personal hygene expenses, very occasional clothing purchases, legal typing ribbons, paper, legal photocopies (very expensive), coffee

$ 100.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

The bank fraud in question crushed my business and destroyed my liquidity. I do anticipate success with my suit and court costs will be paid one way or another they just may have to be paid in installments per this In Forma Pauperis filing.

I declare under penalty of perjury that the foregoing is true and correct.

2016-07-11    *[signature]*

**Executed on: (Date)    Signature of Applicant**

### WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) Emiel A. Kandi
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

2016-07-11    *[signature]*

**Executed on: (Date)    Signature of Applicant**

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number _____

By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

2016-07-11 _____ *[signature]* _____

Date                Signature of Applicant

Emiel A. Kandi                                                43159-086

Committed Name of Applicant                          Inmate Number

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** | 43159086 | **Current Institution:** Lompoc FCC |
| **Inmate Name:** | KANDI, EMIEL | **Housing Unit:** LOF-J-A |
| **Report Date:** | 07/12/2016 | **Living Quarters:** J03-007L |
| **Report Time:** | 7:30:31 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOX | 7/8/2016 2:59:36 PM | RIPP0616 | | | Payroll - IPP | $5.25 | | $27.64 |
| LOX | 7/7/2016 5:31:44 PM | 30 | | | Sales | ($56.20) | | $22.39 |
| LOX | 7/6/2016 12:24:04 PM | TFN0706 | | | Phone Withdrawal | ($30.00) | | $78.59 |
| LOX | 7/6/2016 11:03:25 AM | 33316188 | | | Western Union | $100.00 | | $108.59 |
| LOX | 6/27/2016 5:25:18 PM | 27 | | | Sales | ($51.50) | | $8.59 |
| LOX | 6/27/2016 1:58:22 PM | TL0627 | | | TRUL Withdrawal | $20.00 | | $60.09 |
| LOX | 6/27/2016 11:24:50 AM | TL0627 | | | TRUL Withdrawal | ($30.00) | | $40.09 |
| LOX | 6/27/2016 5:00:50 AM | 70111503 | | | Lockbox - CD | $50.00 | | $70.09 |
| LOX | 6/21/2016 11:35:36 AM | TFN0621 | | | Phone Withdrawal | ($17.00) | | $20.09 |
| LOX | 6/21/2016 11:34:27 AM | TL0621 | | | TRUL Withdrawal | ($30.00) | | $37.09 |
| LOX | 6/21/2016 10:39:29 AM | TL0621 | | | TRUL Withdrawal | ($30.00) | | $67.09 |
| LOX | 6/20/2016 8:59:30 PM | TL0620 | | | TRUL Withdrawal | ($30.00) | | $97.09 |
| LOX | 6/20/2016 7:27:08 PM | TL0620 | | | TRUL Withdrawal | ($30.00) | | $127.09 |
| LOX | 6/20/2016 5:37:44 PM | 34 | | | Sales | ($87.15) | | $157.09 |
| LOX | 6/20/2016 3:03:24 PM | 33416172 | | | Money Gram | $200.00 | | $244.24 |
| LOX | 6/19/2016 9:14:45 PM | TL0619 | | | TRUL Withdrawal | $30.00 | | $44.24 |
| LOX | 6/13/2016 6:22:13 PM | 74 | | | Sales | ($42.05) | | $14.24 |
| LOX | 6/12/2016 2:46:14 PM | TL0612 | | | TRUL Withdrawal | $30.00 | | $56.29 |
| LOX | 6/10/2016 2:04:57 PM | RICP0616 | | | Inmate Co-pay | ($2.00) | | $26.29 |
| LOX | 6/10/2016 10:03:19 AM | RFRP0616 | | | FRP Quarterly Pymt | ($25.00) | | $28.29 |
| LOX | 6/9/2016 2:02:31 PM | TL0609 | | | TRUL Withdrawal | $30.00 | | $53.29 |
| LOX | 6/7/2016 4:46:02 PM | TL0607 | | | TRUL Withdrawal | ($30.00) | | $23.29 |
| LOX | 6/7/2016 8:57:37 AM | TL0607 | | | TRUL Withdrawal | ($30.00) | | $53.29 |
| LOX | 6/6/2016 8:33:43 PM | TL0606 | | | TRUL Withdrawal | ($30.00) | | $83.29 |
| LOX | 6/6/2016 5:54:27 PM | 39 | | | Sales | ($13.80) | | $113.29 |
| LOX | 6/6/2016 5:52:37 PM | 38 | | | Sales | ($92.65) | | $127.09 |
| LOX | 6/6/2016 4:55:36 PM | TL0606 | | | TRUL Withdrawal | ($30.00) | | $219.74 |
| LOX | 6/6/2016 12:05:34 PM | 33316158 | | | Western Union | $200.00 | | $249.74 |
| LOX | 6/5/2016 8:00:15 AM | TL0605 | | | TRUL Withdrawal | $20.00 | | $49.74 |
| LOX | 6/1/2016 9:08:53 AM | TL0601 | | | TRUL Withdrawal | ($30.00) | | $29.74 |
| LOX | 5/31/2016 6:29:14 PM | TL0531 | | | TRUL Withdrawal | ($30.00) | | $59.74 |
| LOX | | 52 | | | Sales | ($51.85) | | $89.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5/31/2016 5:18:46 PM | | | | | |
| LOX | 5/31/2016 4:47:22 PM | TFN0531 | | Phone Withdrawal | ($60.00) | $141.59 |
| LOX | 5/31/2016 4:45:39 PM | TL0531 | | TRUL Withdrawal | ($30.00) | $201.59 |
| LOX | 5/31/2016 4:02:55 PM | 33316152 | | Western Union | $200.00 | $231.59 |
| LOX | 5/31/2016 2:11:36 PM | TL0531 | | TRUL Withdrawal | $30.00 | $31.59 |
| LOX | 5/24/2016 7:41:55 PM | TL0524 | | TRUL Withdrawal | ($2.00) | $1.59 |
| LOX | 5/24/2016 6:02:45 PM | TL0524 | | TRUL Withdrawal | ($5.00) | $3.59 |
| LOX | 5/23/2016 6:56:31 PM | TL0523 | | TRUL Withdrawal | ($15.00) | $8.59 |
| LOX | 5/23/2016 6:43:17 PM | 90 | | Sales | ($47.40) | $23.59 |
| LOX | 5/21/2016 3:11:28 PM | TL0521 | | TRUL Withdrawal | ($30.00) | $70.99 |
| LOX | 5/21/2016 9:03:01 AM | 33316142 | | Western Union | $100.00 | $100.99 |
| LOX | 5/16/2016 6:15:32 PM | 53 | | Sales | ($52.25) | $0.99 |
| LOX | 5/16/2016 4:42:31 PM | TL0516 | | TRUL Withdrawal | $20.00 | $53.24 |
| LOX | 5/16/2016 2:34:28 PM | TL0516 | | TRUL Withdrawal | $30.00 | $33.24 |
| LOX | 5/9/2016 6:39:42 PM | 52 | | Sales | ($80.05) | $3.24 |
| LOX | 5/4/2016 8:41:43 PM | TL0504 | | TRUL Withdrawal | ($30.00) | $83.29 |
| LOX | 5/4/2016 7:47:57 PM | TFN0504 | | Phone Withdrawal | ($30.00) | $113.29 |
| LOX | 5/4/2016 7:38:28 PM | TL0504 | | TRUL Withdrawal | ($30.00) | $143.29 |
| LOX | 5/4/2016 7:03:54 AM | 33316125 | | Western Union | $100.00 | $173.29 |

1 2

Total Transactions: 56

Totals:   $27.64   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LOX | $27.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.64 |
| Totals: | $27.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.64 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,135.74 | $1,108.10 | $24.48 | $244.24 | $21.94 | N/A | N/A |

x _[signature]_
Aplicant

M. Williams
counselor
7-12-16