# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| EMIEL A KANDI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HERITAGE FINANCIAL CORPORATION, et al.<br><br>　　　　　　　Defendants. | **JUDGMENT**<br><br>CASE NUMBER: C16-5648-RBL |

XX　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This case is DISMISSED with Prejudice.

　　　　DATED this  2nd day of  August , 2016

　　　　　　　　　　　　　　　　　　　s/William M. McCool
　　　　　　　　　　　　　　　　　　　William M. McCool, Clerk

　　　　　　　　　　　　　　　　　　　　s/Jean Boring
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jean Boring, Deputy Clerk